# Notice Recipients

District/Off: 0209–2          User: admin          Date Created: 9/18/2025
Case: 2–25–20668–PRW          Form ID: 309I          Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Theodore G. Webb          3979 State Route 247          Canandaigua, NY 14424
jdb          Shari S. Webb          3979 State Route 247          Canandaigua, NY 14424
tr          George M. Reiber          3136 S. Winton Road, Suite 206          Rochester, NY 14623
aty          Peter D. Grubea          Law Office of Peter D. Grubea          6225 Sheridan Drive          Suite 203          Williamsville, NY 14221
22058970          Central Portfolio Control          Attn: Bankruptcy Dept          10249 Yellow Circle Drive, Suite 200          Minnetonka, MN 55343
22058971          Comenity/Wyndham          Attn: Bankruptcy          Po Box 182125          Columbus, OH 43218
22058972          Credit One Bank          Attn: Bankruptcy Department          6801 Cimarron Rd          Las Vegas, NV 89113
22058974          ESL Federal Credit Union          255 Chestnut St.          Rochester, NY 14604
22058973          Esl Fcu          Attn: Bankrupcy Department          225 Chestnut St          Rochester, NY 14604
22058975          LVNV Funding LLC/Resurgent Capital Servi          Resurgent Correspondence, Attn: Bankrupt          Po Box 1269          Greenville, SC 29602
22058976          Marcus Whitman Central School District          4100 Baldwin Rd.          Rushville, NY 14544
22058977          Midland Credit Mgmt          Attn: Bankruptcy          Po Box 939069          San Diego, CA 92193
22058978          NYSEG          P.O. Box 5240          Binghamton, NY 13902–5240
22058979          Onemain          Po Box 1010          Evansville, IN 47706
22058980          Ontario County Tax Dept.          20 Ontario Street          Canandaigua, NY 14424
22058981          Portfolio Recovery Associates, LLC          Attn: Bankruptcy          120 Corporate Boulevard          Norfolk, VA 23502
22058982          Target NB          C/O Financial & Retail Services          Mailstop BT PO Box 9475          Minneapolis, MN 55440

TOTAL: 17