United States Bankruptcy Court
Western District of New York

| | |
|---|---|
| In re: | Case No. 25-20668-PRW |
| Theodore G. Webb | Chapter 13 |
| Shari S. Webb | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: cmotele3 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Theodore G. Webb, Shari S. Webb, 3979 State Route 247, Canandaigua, NY 14424-9522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Jan 05 2026 18:38:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George M. Reiber | trustee13@roch13.com greiber@roch13.com;trusteeNYWB63@ecf.epiqsystems.com |
| Kevin Tompsett | on behalf of Creditor ESL Federal Credit Union ktompsett@harrisbeachmurtha.com frichenberg@harrisbeachmurtha.com;efilings@harrisbeach.com |
| Peter D. Grubea | on behalf of Debtor Theodore G. Webb court@grubealaw.com DeMarco.JoeR114940@notify.bestcase.com |

Peter D. Grubea
     on behalf of Joint Debtor Shari S. Webb court@grubealaw.com DeMarco.JoeR114940@notify.bestcase.com

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>　　Theodore G. Webb<br>　　Shari S. Webb<br>　　　dba C&C Bouncers<br><br>　　　　Debtor(s) | Case No.: 2−25−20668−PRW<br>Chapter: 13<br><br>SSN:　xxx−xx−0815<br>SSN:　xxx−xx−1651 |

## CASE MANAGEMENT ORDER
## − CASES BEFORE JUDGE WARREN −
## (CALL−IN INSTRUCTIONS FOR ALL MATTERS SCHEDULED FOR HEARING **ON OR AFTER DECEMBER 1, 2021**)

　　***IMPORTANT: The Court has been assigned new telephone conference numbers. The new numbers must be used for matters scheduled to be heard on or after December 1, 2021.***

　　Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353−2301**; (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

　　**THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM − AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

　　**THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED − ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

　　*Courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

　　**IT IS SO ORDERED.**

Dated: January 5, 2026　　　　　　　　　　　　　／s／
　　Rochester, New York　　　　　　　**HONORABLE PAUL R. WARREN**
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Form cmotele3/Doc 35
www.nywb.uscourts.gov