# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | **Theodore G. Webb** | **Bk No. 25-20668** |
| | **Shari S. Webb** | **Chapter 13** |
| | *dba* **C&C Bouncers** | |

**Debtors.**

## ORDER APPROVING EMPLOYMENT OF PROFESSIONAL UNDER 11 U.S.C. §327

Upon the motion and application of the Debtor dated January 7, 2026, seeking an order approving the employment of John Wright, Esq., it is hereby

**ORDERED** that the employment of John Wright is approved in connection with the debtor's personal injury claim and it is further

**ORDERED** that John Wright shall file a status report on the court's docket every 180 days from the date of this order until the employment discrimination matter has been concluded which report is to provide sufficient information to enable the court and parties-in-interest to readily understand the status of the claim, without disclosing confidential information or litigation strategy.

DATED: _January 23, 2026_
        Rochester, NY

                                        /s/
                            _____
                            Hon. Paul R. Warren
                            United States Bankruptcy Judge