# Notice Recipients

District/Off: 0209–2       User: admin       Date Created: 1/23/2026

Case: 2–25–20668–PRW       Form ID: pdforder       Total: 6

**Recipients of Notice of Electronic Filing:**

tr       George M. Reiber       trustee13@roch13.com

aty       Peter D. Grubea       court@grubealaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Theodore G. Webb       3979 State Route 247       Canandaigua, NY 14424

jdb       Shari S. Webb       3979 State Route 247       Canandaigua, NY 14424

sp       John K. Wright       16 West Main Street, Suite 700       Rochester, NY 14614

smg       Office of the U.S. Trustee       100 State Street, Room 6090       Rochester, NY 14614

TOTAL: 4