# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:     **Theodore G. Webb** | **Bk No. 25-20668-CLB2**<br>**Chapter 13** |
|     **Shari S. Webb**<br>    *dba* **C&C Bouncers** | |
|                      **Debtors.** | |

### ORDER AUTHORIZING ABANDONMENT OF REAL PROPERTY

Upon the notice of motion and application of the debtors, Theodore & Shari Webb, by their attorney, Peter D. Grubea, and it appearing that the property described in said application should be abandoned by the Trustee, and after due deliberation, it is

**ORDERED,** that the Chapter 13 Trustee in this proceeding is hereby authorized to abandon the real property of the debtors located at 3979 State Route 247, Canandaigua, NY 14424 as well as the adjacent vacant lot located on County Road 18 in Canandaigua identified as TM Num. 114.19-1-14.100; and it is further

**ORDERED,** that the entry of this Order shall be deemed to constitute the abandonment of such property by the Trustee.

**DATED:**      MAY 1 4 2026

                                    **Hon. Carl L. Bucki**
                                    **United States Bankruptcy Judge**

F I L E D

MAY 1 4 2026

BANKRUPTCY COURT
BUFFALO, NY