# Notice Recipients

District/Off: 0209–2          User: admin          Date Created: 5/14/2026
Case: 2–25–20668–BUC          Form ID: pdforder          Total: 5

**Recipients of Notice of Electronic Filing:**
tr          George M. Reiber          trustee13@roch13.com
aty          Peter D. Grubea          court@grubealaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Theodore G. Webb          3979 State Route 247          Canandaigua, NY 14424
jdb          Shari S. Webb          3979 State Route 247          Canandaigua, NY 14424
smg          Office of the U.S. Trustee          100 State Street, Room 6090          Rochester, NY 14614

TOTAL: 3

Case 2-25-20668-BUC,   Doc 60-1,   Filed 05/14/26,   Entered 05/14/26 15:25:12,
Description: PDF Orders or Judgments: Notice Recipients, Page 1 of 1